## In re Martin LEE.

No. 00–1280.

Reexamination No. 90/003,884.

United States Court of Appeals, Federal Circuit.

Jan. 12, 2000.

Before CLEVENGER, LINN, and DYK, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

## Frank R. FEASTER, Claimant–Appellant,

v.

## Hershel W. GOBER, Acting Secretary of Veterans Affairs, Respondent–Appellee.

No. 00–7072.

United States Court of Appeals, Federal Circuit.

Jan. 17, 2000.

Before LOURIE, CLEVENGER, and RADER, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.